**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000406**
**24-MAY-2023**
**08:26 AM**
**Dkt. 162 OGMD**

NO. CAAP-22-0000406

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFFREY SCOTT GOOLD, Plaintiff-Appellant, v.
HAWAIIAN ELECTRIC COMPANY, INC.; HAWAIIAN ELECTRIC INDUSTRIES,
INC.; ELIZABETH DEER; SHANA M. BUCO, Defendants-Appellees, and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000216)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Jeffrey Scott Goold's (Goold) May 15, 2023 Motion for Reconsideration, the papers in support, and the record, it appears that Goold seeks reconsideration of the May 10, 2023 Order, but Goold fails to demonstrate that the court overlooked or misapprehended any point of law or fact. Hawai'i Rules of Appellate Procedure (HRAP) Rule 40(b). Further, Goold states that if the court declines his request for reconsideration, then he requests the court to approve his proposed stipulation to dismiss the appeal with prejudice, attached to the motion for reconsideration, with each party bearing its own attorneys' fees and costs, under HRAP Rule 42(b). Neither Goold nor counsel for

any other party in the appeal signed or dated Goold's proposed stipulation.  Nonetheless, the court will construe the proposed stipulation as a motion to dismiss the appeal, under HRAP Rule 42(b), and grant the requested relief.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied, and the motion to dismiss the appeal is granted.  The appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, May 24, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge